IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANK ARKULARI, | |
| Petitioner, | 8:22CV395 |
| vs. | |
| DIANE SABATKA-RINE, | ORDER |
| Respondent. | |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP") filed on December 2, 2022.  Filing No. 6.  The Court previously granted Petitioner leave to proceed IFP on December 1, 2022.  Filing No. 5. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP, Filing No. 6, is denied as moot.  The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.  The Court will conduct this review in its normal course of business.

Dated this 7th day of December, 2022.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge